# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| Darrell Pickett, *on behalf of himself and others similarly situated*, ) ) ) | Case No. 6:17-cv-00260-GAP-GJK |
| Plaintiff, ) ) | |
| v. ) ) | |
| Capital One, N.A., ) ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate and agree that Plaintiff's individual claims be dismissed, with prejudice, and the putative class's claims be dismissed, without prejudice, with each party bearing its own attorneys' fees and costs.

Dated: May 11, 2017

*/s/ Jesse S. Johnson*
Michael L. Greenwald
James L. Davidson
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

1

*Counsel for Plaintiff and the proposed class*

<u>*/s/ Joshua H. Threadcraft*</u>
Joshua H. Threadcraft
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, Alabama 35203
Tel: (205) 251-3000
Fax: (205) 413-8701
Joshua.Threadcraft@burr.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 11, 2017, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

<u>*/s/ Jesse S. Johnson*</u>
Jesse S. Johnson