# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARRELL PICKETT,**

    **Plaintiff,**

**v.**                                                                                               Case No:   6:17-cv-260-Orl-31GJK

**CAPITAL ONE, N.A.,**

    **Defendant.**

## ORDER OF DISMISSAL

Upon consideration of the Stipulation of Dismissal (Doc. 20), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's individual claims are dismissed, with prejudice, and the putative class's claims are dismissed, without prejudice, with each party bearing its own attorney's fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 12, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties